UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOGDAN ALEXANDRU GHERGHEVICI,<br><br>Defendant. | CASE NO. MJ-26-555<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged in the Southern District of Georgia with conspiracy to commit wire fraud, wire fraud, and aggravated identity theft. The pretrial report Defendant holds a Romanian passport and has multiple know aliases. Defendant was arrested in Seattle at a short-term rental using an alias. Upon arrest, agents found Canadian and Italian passports, Canadian identification cards, and credit cards under different aliases. Defendant used his Italian passport to enter the United States in April 2026. The pretrial report indicates there are outstanding warrants for Defendants arrest pending in Pierce County, Washington, Florida and New Jersey. Defendant did

not contest detention pending his return to Georgia, requesting his formal detention hearing be held in the Southern District of Georgia.

The Court accordingly **ORDERS**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 2nd day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge